# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| SHANIKA LAKIYAH BROWN, INDIVIDUALLY AND AS PARENT OF A.B., MINOR | : | No. 87 EM 2018 |
| | : | |
| | : | Emergency Application to Stay |
| | : | Proceedings Pending Disposition of |
| | : | Petition for Review |
| v. | : | |
| | : | |
| | : | |
| PENN JERSEY CERTIFIED CONCRETE, INC., BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, AND PAMELA REED, RICHARD PIERSON CONSTRUCTION CO., INC. AND MCCARTHY TIRE SERVICE COMPANY OF NEW YORK, INC. AND CONSTRUCTURAL DYNAMICS T/A SILVI CONCRETE PRODUCTS, INC., AND ALT INDUSTRIAL PROPERTIES, INC. D/B/A SILVI CONCRETE OF LOGAN, INC. | : | |
| | : | |
| PETITION OF: CONSTRUCTURAL DYNAMICS INC., T/A SILVI CONCRETE PRODUCTS, INC., PENN JERSEY CERTIFIED CONCRETE, INC. AND ALTA INDUSTRIAL PROPERTIES, D/B/A SILVI CONCRETE OF LOGAN, INC. | : | |
| | | |
| SHAWN OAKMAN | : | No. 88 EM 2018 |
| | : | |
| | : | Emergency Application to Stay |
| v. | : | Proceedings Pending Disposition of |
| | : | Petition for Review |
| | : | |
| PENN JERSEY CERTIFIED CONCRETE, INC., BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, AND PAMELA REED, RICHARD PIERSON CONSTRUCTION CO., INC. AND | : | |

MCCARTHY TIRE SERVICE COMPANY
OF NEW YORK, INC. AND
CONSTRUCTURAL DYNAMICS T/A
SILVI CONCRETE PRODUCTS, INC.,
AND ALT INDUSTRIAL PROPERTIES,
INC. D/B/A SILVI CONCRETE OF
LOGAN, INC.

PETITION OF:  CONSTRUCTURAL
DYNAMICS INC., T/A SILVI CONCRETE
PRODUCTS, INC., PENN JERSEY
CERTIFIED CONCRETE, INC. AND ALTA
INDUSTRIAL PROPERTIES, D/B/A SILVI
CONCRETE OF LOGAN, INC.

PAMELA REED

             v.

PENN JERSEY CERTIFIED CONCRETE,
INC., BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC, AND PAMELA
REED, RICHARD PIERSON
CONSTRUCTION CO., INC. AND
MCCARTHY TIRE SERVICE COMPANY
OF NEW YORK, INC. AND
CONSTRUCTURAL DYNAMICS T/A
SILVI CONCRETE PRODUCTS, INC.,
AND ALT INDUSTRIAL PROPERTIES,
INC. D/B/A SILVI CONCRETE OF
LOGAN, INC.

PETITION OF: CONSTRUCTURAL
DYNAMICS INC., T/A SILVI CONCRETE
PRODUCTS, INC., PENN JERSEY
CERTIFIED CONCRETE, INC. AND ALTA
INDUSTRIAL PROPERTIES, D/B/A SILVI
CONCRETE OF LOGAN, INC.

No. 89 EM 2018

Emergency Application to Stay
Proceedings Pending Disposition of
Petition for Review

| KAREN THOMAS | : | No. 90 EM 2018 |
| | : | |
| | : | Emergency Application to Stay |
| v. | : | Proceedings Pending Disposition of |
| | : | Petition for Review |
| | : | |
| PENN JERSEY CERTIFIED CONCRETE, | : | |
| INC., BRIDGESTONE AMERICAS TIRE | : | |
| OPERATIONS, LLC, AND PAMELA | : | |
| REED, RICHARD PIERSON | : | |
| CONSTRUCTION CO., INC. AND | : | |
| MCCARTHY TIRE SERVICE COMPANY | : | |
| OF NEW YORK, INC. AND | : | |
| CONSTRUCTURAL DYNAMICS T/A | : | |
| SILVI CONCRETE PRODUCTS, INC., | : | |
| AND ALT INDUSTRIAL PROPERTIES, | : | |
| INC. D/B/A SILVI CONCRETE OF | : | |
| LOGAN, INC. | : | |
| | : | |
| | : | |
| PETITION OF: CONSTRUCTURAL | : | |
| DYNAMICS INC., T/A SILVI CONCRETE | : | |
| PRODUCTS, INC., PENN JERSEY | : | |
| CERTIFIED CONCRETE, INC. AND ALTA | : | |
| INDUSTRIAL PROPERTIES, D/B/A SILVI | : | |
| CONCRETE OF LOGAN, INC. | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW,** this 9th day of August, 2018, the Emergency Application to Stay Proceedings Pending Disposition of Petition for Review is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.